Act aimed to prevent. The present case presents an important question of price cutting by interstate business with local plants, each of which services largely a local area but all of which draw on the economic power of the national operation. Judgments like the one left standing here make it difficult indeed for small, independent, local companies to survive against the predatory assaults of their larger and more powerful interstate competitors. I would grant certiorari.

No. 1003. JEFFERSON CITY CABINET CO. *v.* INTERNATIONAL UNION OF ELECTRICAL, RADIO & MACHINE WORKERS, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari denied. *H. R. Silvers* and *G. Maynard Smith* for petitioner. *Benjamin C. Sigal* and *David S. Davidson* for respondents.

No. 1005. SHUBIN ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *William Douglas Sellers* for petitioners. *William K. Rieber, Robert W. Fulwider* and *Frederick E. Mueller* for respondent S. Vincen Bowles, Inc.

No. 988. PETZELT *v.* MAYER. Upon consideration of the suggestion of death, motion to substitute Joseph T. Lochen, as Administrator, in the place of Theodore J. Mayer granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *L. H. Vogel* for petitioner. *William C. Wines* for respondent.

No. 376, Misc. DE LUCIA *v.* YEAGER, WARDEN. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Stanley E. Rutkowski* and *Edward J. Phelan* for respondent.